IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JON SOTO and
THE ESTATE OF DONNA M. SOTO,

      ORDER

    Plaintiff,

v.      Case No.  14-cv-234-bbc

DAVID GIBBONS and
KEVIN ELY,

    Defendants.

    Plaintiff Jon Soto a prisoner incarcerated at the Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint and he has paid $400 filing fee. Because plaintiff is a prisoner, he is subject to the Prison Litigation Reform Act ("PLRA"), which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Jon Soto's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

    Entered this 24th day of April, 2014.

                    BY THE COURT:

                    /s/
                    PETER OPPENEER
                    Magistrate Judge