IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JON SOTO and
THE ESTATE OF DONNA M. SOTO,

    Plaintiffs,

v.

DAVID GIBBONS and KEVIN ELY,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-234-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed on all claims brought on behalf of The Estate of Donna M. Soto and dismissing the estate as a party to this action; and

(2) granting summary judgment in favor of David Gibbons and Kevin Ely and dismissing this case.

/s/                          3/15/2017

Peter Oppeneer, Clerk of Court           Date